USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK SCOBBO CONTRACTORS, INC.,

Plaintiff,

v.

DAVID CASTILLO,

Defendant.

No. 19-CV-5981 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on June 26, 2019. Over the next few months, Plaintiff attempted to serve Defendant multiple times. As of November 12, however, Plaintiff was still unable to locate and serve Defendant. Accordingly, on November 13, Plaintiff wrote to the Court stating that, "[i]f we are unable to serve the Defendant on or before December 13, 2019, the Plaintiff will voluntarily discontinue the case without prejudice." Dkt. 11.

To date, the Court has not received proof of service or notice of voluntary dismissal. No later than December 18, Plaintiff shall update the Court as to whether it has served Defendant or is voluntarily dismissing the action.

The initial status conference scheduled for December 20 is adjourned *sine die*.

SO ORDERED.

Dated: December 16, 2019
New York, New York

Ronnie Abrams
United States District Judge